# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

DAVID L. GOLDBERG
david.goldberg@kattenlaw.com
212.940.6787 direct
212.940.8776 fax

November 9, 2018

**BY ECF AND HAND DELIVERY**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2018

Re: **In re: Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation, Docket Number 18-md-2865 (LAK)**

Dear Judge Kaplan:

This letter relates to *SKAT v. Headsail Manufacturing LLC Roth 401(K) Plan, et al.*, Case No. 18-cv-07824; *SKAT v. Aerovane Logistics LLC Roth 401(K) Plan, et al.*, Case No. 18-cv-07827; *SKAT v. Edgepoint Capital LLC Roth 401(K) Plan, et al.*, Case No. 18-cv-07828; *SKAT v. The Random Holdings 401(K) Plan et al*, Case No. 18-cv-07829.

We write to request an extension, on consent of Plaintiff, until **November 21, 2018** to respond to SKAT's motion to approve alternative service (ECF No. 8), dated October 29, 2018. Plaintiff does not oppose this request, and it is the first such request on this motion.

Respectfully submitted,

/s/ David L. Goldberg
David L. Goldberg
*Attorney for Defendant Robert Klugman*

cc: ALL COUNSEL OF RECORD

Granted
[signature] 11/13/18

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations