UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : |
| | : Case No.: 1:18-cv-04047-LAK |
| SKAT TAX REFUND SCHEME LITIGATION | : |
| | : **NOTICE OF APPEARANCE** |
| This document relates to: | : |
| | : |
| Case No. 18-cv-4047 (LAK); | : |
| Case No. 18-cv-7824 (LAK); | : |
| Case No. 18-cv-7827 (LAK); | : |
| Case No. 18-cv-7828 (LAK); | : |
| Case No. 18-cv-7829 (LAK). | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Headsail Manufacturing LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401(K) Plan, Edgepoint Capital LLC Roth 401(K) Plan, and The Random Holdings 401K Plan in the above-captioned master docket case and four related actions (18-CV-7824; 18-CV-7827; 18-CV-7828; 18-CV-7829) and requests that a copy of all future papers in these actions be served upon the undersigned at the address stated below.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        November 16, 2018

                                        KATTEN MUCHIN ROSENMAN LLP


                                        By: /s/  David Goldberg
                                        575 Madison Avenue
                                        New York, NY 10022-2585
                                        Phone: 212.940.6787
                                        Fax:    212.940.8776
                                        david.goldberg@kattenlaw.com
                                        *Attorney for Defendants Robert Klugman,*
                                        *Headsail Manufacturing LLC Roth 401K*
                                        *Plan, Aerovane Logistics LLC Roth 401(K)*
                                        *Plan, Edgepoint Capital LLC Roth 401(K)*
                                        *Plan, The Random Holdings 401K Plan*