UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:1:18-cv-05053-LAK | MASTER DOCKET<br>18-CV-4047 (LAK)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Affidavit of Sheldon Goldstein, Affirmation of Martin H. Kaplan, Esq. with exhibits thereto and Memorandum of Law in Support of Defendants The Goldstein Law Group PC 401(K) Profit Sharing Plan (the "Goldstein Plan") and Sheldon Goldstein's ("Goldstein")(collectively, the "Goldstein Defendants") Motion for Severance, The Goldstein Defendants, by their attorneys Gusrae Kaplan Nusbaum PLLC, hereby move this Court for an Order severing the trial of The Goldstein Defendants from the consolidated trial in this action, and for such other relief as the Court may find just and proper.

Dated: New York, New York
August 13, 2018

_____
Martin H. Kaplan

Gusrae Kaplan Nusbaum PLLC
Martin H. Kaplan
120 Wall Street
New York, NY 10005
Tel: 212.269.1400
Fax: 212.809.4149

*Attorneys for Defendants*
*The Goldstein Law Group PC 401(K)*
*Profit Sharing Plan and Sheldon*
*Goldstein*