UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases | MASTER DOCKET<br>18-cv-4047 (LAK) |

## PLAINTIFF'S NOTICE OF RELATED CASES

Plaintiff SKAT files this Notice of Related Cases pursuant to this Court's Pretrial Order No. 1 dated June 26, 2018 (Docket Entry ("**D.E.**") 16, ¶ 5).

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1404(a), the United States District Court for the District of Connecticut, upon the Unopposed Motions by Plaintiff SKAT, has transferred the following cases, related to the present action, to this Court:

- SKAT v. Aerovane Logistics LLC Roth 401K Plan & Robert Klugman, No. 3:18-cv-00757 (Haight, Jr., U.S.D.J.) (Elec. Order granting Docket Entry ("**D.E.**") 14, Aug. 10, 2018);

- SKAT v. Edgepoint Capital LLC Roth 401(K) Plan & Robert Klugman, No. 3:18-cv-00877 (Haight, Jr., U.S.D.J.) (Elec. Order granting D.E. 15, Aug. 10, 2018);

- SKAT v. Headsail Manufacturing LLC Roth 401K Plan & Robert Klugman, No. 3:18-cv-00984 (Arterton, U.S.D.J.) (Order, D.E. 14, Aug. 8, 2018); and

- SKAT v. The Random Holdings 401K Plan & Robert Klugman, No. 3:18-cv-00758 (Haight, Jr., U.S.D.J.) (Elec. Order grnting D.E. 14, Aug. 10, 2018).

DATED this 14th day of August, 2018.

          Respectfully submitted,

          HUGHES HUBBARD & REED LLP

          */s/ Sarah L. Cave*

          William R. Maguire
          Marc A. Weinstein
          Sarah L. Cave
          John McGoey
          One Battery Park Plaza
          New York, New York 10004-1482
          (212) 837-6000 (t)
          (212) 422-4726 (f)
          sarah.cave@hugheshubbard.com

          *Counsel for Plaintiff SKAT (the Customs and Tax Administration of the Kingdom of Denmark)*