

## Certification of Translation

I, the undersigned, Elena Michalski, Senior Production Manager of Compass Languages, a professional translation agency based at 147 Old Solomons Island Rd, Suite 302, Annapolis, MD 21401 (EIN: 134194307) certify that the content of the following original document(s):

- Final Decision SKAT Cole
- The 78 Yorktown Pension Plan
- The Bradley London Pension Plan
- 108630-2 klage - Bradley London
- 108636-1 klage - 78 Yorktown
- afrapportering-samarb-med-politi-og-anklag-endelig (Cover Page only)

Have been accurately translated from Danish into English according to the standards laid out by the American Translators Association.

Signed: _E. Michalski_
Elena Michalski
Senior Production Manager

Date: August 10, 2018

[Notary seal: Cindy A. Galloway, Notary Public, Anne Arundel Co., MD, My Commission Expires June 28, 2020]

[Signature: Cindy A. Galloway 8/10/18]

147 Old Solomons Island Rd | Suite 302 | Annapolis, Maryland 21401 | USA
Telephone 410 451 4297 | Fax 443 782 0215
www.compasslanguages.com

EXHIBIT 4B