

TVC ADVOKATFIRMA P/S
Søren Frichs Vej 42A
8230 Åbyhøj
Att: Kasper Bech Pilgaard

**Kontakt**
Send post til
Skatteankestyrelsen her

Telefon      33760909

**Sagsbehandler**
Helle Overskov
Direkte telefon  33760944

Vores sagsnr.   18-0004167

Dit sagsnr.

29. juni 2018

Sagen vedrører: The Bradley London Pension Plan, cpr-nr.: 20621

**Skatteankestyrelsen har modtaget din klage**
Skatteankestyrelsen har modtaget din klage over SKATs afgørelse af 16-04-2018. Vi har også modtaget klagegebyret på 400 kr.

Vi har i dag givet SKAT besked om klagen. Samtidig har vi bedt om at få det materiale, som har dannet grundlag for afgørelsen.

*Hvornår kan du forvente, at sagen bliver afgjort?*
Sagsbehandlingstiden er beklageligvis i øjeblikket ca. 30 måneder. Vi kontakter dig, hvis det viser sig, at vi ikke kan behandle sagen inden for dette tidsrum.

*Hvornår begynder sagsbehandlingen?*
Vi behandler sagerne i den rækkefølge, vi modtager dem. Da vi har mange sager til behandling, vil der gå nogen tid, inden en sagsbehandler ser på din sag. Behandlingen af din sag går typisk i gang omkring et halvt år inden afgørelsen.

*Du kan få et møde med sagsbehandleren*
Har du bedt om et møde, bliver du kontaktet, når en af vores sagsbehandlere ser på sagen. Sagsbehandleren kontakter dig også, hvis vi har spørgsmål til dig, eller du i øvrigt har bedt om at blive kontaktet.

*Hvem afgør sagen?*
Sagen skal afgøres af Landsskatteretten, enten fordi den er omfattet af skatteforvaltningslovens § 35 b, stk. 2, eller fordi du har bedt om det.



*Om sagens gang*

Du kan læse mere om sagens gang på www.skatteankestyrelsen.dk.
Her fortæller vi trin for trin, hvordan vi behandler din sag.

*Vil du i kontakt med os i Skatteankestyrelsen*

Du skal oplyse sagsnummer 18-0004167 ved kontakt. Så kan vi besvare dine spørgsmål hurtigere. Når du skriver til os, skal du gøre det digitalt, medmindre du er fritaget eller undtaget fra Digital Post.

Det kan du gøre på to måder:
   1) Via vores digitale selvbetjeningsløsning, som du finder på vores hjemmeside her
   2) Via din E-boks


Med venlig hilsen

Helle Overskov

Cvr-nr. 10 24 28 94
www.skatteankestyrelsen.dk

## Skatteankestyrelsen har modtaget personoplysninger om dig

Vi sender dette brev for at orientere dig om, at Skatteankestyrelsen har modtaget oplysninger fra dig og vil modtage oplysninger om dig fra andre.

Efter databeskyttelsesforordningens artikel 13 og 14 skal vi nemlig give dig en række oplysninger, når vi modtager oplysninger om dig enten fra dig selv eller fra andre.

Det bemærkes, at de oplysninger om dine rettigheder, som fremgår af dette brev og af bilaget, kun gælder, hvis du er en fysisk person. Databeskyttelsesforordningens artikel 13 og 14 gælder ikke for juridiske personer.

De oplysninger vi skal give dig er følgende:

1. Kategorier af personoplysninger, som vi har modtaget
2. Formålet og retsgrundlaget for behandlingen af dine personoplysninger
3. Modtagere eller kategorier af modtagere
4. Hvor dine oplysninger stammer fra
5. Opbevaring af dine personoplysninger
6. Dine rettigheder
7. Vi er den dataansvarlige – hvordan kontakter du os?
8. Klage til Datatilsynet

I det vedlagte bilag 2 finder du en uddybning i forhold til de oplysninger, vi skal give dig.

Dette brev er alene til orientering vedrørende Skatteankestyrelsens behandling af dine personoplysninger.

Med venlig hilsen

Skatteankestyrelsen

Cvr-nr. 10 24 28 94
www.skatteankestyrelsen.dk

## Bilag 2 – Oplysninger om Skatteankestyrelsens behandling af dine personoplysninger

1. **Kategorier af personoplysninger, som vi modtager**

Vi behandler følgende kategorier af personoplysninger om dig:

- Almindelige personoplysninger, f.eks. identifikationsoplysninger og oplysninger om dine økonomiske og erhvervsmæssige forhold.

- I visse tilfælde behandler vi også følsomme personoplysninger om dig, f.eks. oplysninger om helbredsforhold, hvis du har indsendt disse til SKAT eller Skatteankestyrelsen i forbindelse med behandlingen af din sag.

2. **Formålet og retsgrundlaget for behandlingen af dine personoplysninger**

Vi behandler dine personoplysninger til følgende formål:

- Behandling af din klage/klager over SKATs afgørelse.

- Retsgrundlaget for vores behandling af dine personoplysninger følger af databeskyttelsesforordningens artikel 6, stk. 1, litra e, jf. skatteforvaltningslovens § 4a.

3. **Modtagere eller kategorier af modtagere**

Vi videregiver eller overlader dine personoplysninger til følgende modtagere:

- SKAT
- Din eventuelle rådgiver/repræsentant
- Den myndighed, der skal træffe afgørelse i din sag, hvis ikke det er Skatteankestyrelsen selv, dvs. enten Landsskatteretten eller et skatteankenævn. Du vil modtage besked om, hvilken myndighed der afgør din sag.
- Træffer Landsskatteretten afgørelse i din sag, overlades personoplysningerne i afgørelsen til en databehandler for at indgå i afgørelsesdatabasen. Afgørelsesdatabasen indeholder anonymiserede afgørelser afsagt af Landsskatteretten.

4. **Hvor dine oplysninger stammer fra**

Vi har i første række modtaget personoplysningerne fra dig selv. Vi vil nu indhente yderligere oplysninger fra SKAT, idet vi har bedt om at få det materiale, som har dannet grundlag for afgørelsen.

5. **Opbevaring af dine personoplysninger**

Vi sletter dine personoplysninger, når de ikke længere tjener et sagligt formål. Det konkrete tidspunkt for sletning afhænger af, hvor længe opbevaring af oplysningerne er nødvendig for opfyldelsen af formålet med indsamlingen. Dog kan vi oplyse dig om, at vi vil lægge vægt på kategorien af registrerede, katego-

rien af personoplysninger, opbevaringsbegrænsning og hensynet til anden lovgivning, når vi skal fastlægge, hvor længe dine oplysninger vil blive opbevaret.

Personoplysninger der indgår i forbindelse med behandling af klagesager slettes senest 20 år efter afslutning af den journalperiode, hvori sagen er afsluttet. Oplysningerne overføres løbende til Rigsarkivet efter arkivlovens regler og Statens Arkivers bestemmelser herom.

### 6. Dine rettigheder

Du har en række rettigheder, når Skatteankestyrelsen behandler personoplysninger om dig. Hvis du vil gøre brug af dine rettigheder skal du kontakte os.

Ret til underretning
Du har ret til at blive underrettet, når Skatteankestyrelsen indsamler og behandler personoplysninger om dig. Du har blandt andet ret til at blive oplyst om formålet og retsgrundlaget for behandlingen.

Skatteankestyrelsens pligt at underrette dig kan i visse situationer være undtaget. Dette gælder fx hvis du allerede er bekendt med oplysningerne, eller din interesse i at få oplysningerne bør vige for hensynet til private eller offentlige interesser.

Ret til indsigt
Du har som udgangspunkt ret til indsigt i Skatteankestyrelsens behandling af dine personoplysninger. Dette betyder, at du har ret til at få bekræftet, at der behandles oplysninger om dig, samt en række yderligere oplysninger.

Ret til berigtigelse (rettelse)
Du har ret til at få urigtige oplysninger om dig selv rettet.

Ret til sletning
I særlige tilfælde har du ret til at få slettet oplysninger om dig, inden tidspunktet for vores almindelige generelle sletning indtræffer.

Ret til begrænset behandling
Du har i visse tilfælde ret til at få behandlingen af dine personoplysninger begrænset. Hvis du har ret til at få begrænset behandlingen, må vi fremover kun behandle oplysningerne – bortset fra opbevaring – med dit samtykke, eller med henblik på at et retskrav kan fastlægges, gøres gældende eller forsvares, eller for at beskytte en person eller vigtige samfundsinteresser.

Ret til indsigelse
Du har i visse tilfælde ret til at gøre indsigelse mod vores ellers lovlige behandling af dine personoplysninger.

Ret til at transmittere oplysninger (dataportabilitet)

Du har i visse tilfælde ret til at modtage dine personoplysninger i et struktureret, almindelig anvendt og maskinlæsbart format samt at få overført disse personoplysninger fra én dataansvarlig til en anden uden hindring.

### 7. Skatteankestyrelsen er dataansvarlig – hvordan kontakter du os?

Skatteankestyrelsen er dataansvarlig for behandlingen af de personoplysninger, som vi har modtaget om dig. Hvis du har spørgsmål til vores behandling af dine oplysninger, er du altid velkommen til kontakte os.

Du finder vores kontaktoplysninger på www.skatteankestyrelsen.dk.

Al kommunikation til og fra Skatteankestyrelsen sker som udgangspunkt digitalt, medmindre du er fritaget eller undtaget fra Digital Post. Vi anbefaler, at du sender beskeder til Skatteankestyrelsen fra den Digitale Postkasse eller via vores online formularer. Det sikrer, at din henvendelse ikke kan læses af andre end modtageren, hvis den indeholder personfølsomme oplysninger.

Du kan kontakte os på følgende måder:

> 1) Via vores digitale selvbetjeningsløsning, som du finder på vores hjemmeside her
>
> 2) Via din E-boks

Hvis du vil kontakte Skatteankestyrelsen om generelle spørgsmål, kan du kontakte os på følgende måder:
- På e-mail: sanst@sanst.dk
- På telefon: (+45) 33760909

### 8. Klage til Datatilsynet

Du har ret til at indgive en klage til Datatilsynet, hvis du er utilfreds med den måde, vi behandler dine personoplysninger på. Du finder Datatilsynets kontaktoplysninger på www.datatilsynet.dk.