Selskabsskatteloven:

§ 2. Skattepligt i henhold til denne lov påhviler endvidere selskaber og foreninger m.v. som nævnt i § 1, stk. 1, der har hjemsted i udlandet, for så vidt de

c) oppebærer udbytte omfattet af ligningslovens § 16 A, stk. 1 og 2, bortset fra udbytte fra investeringsinstitutter med minimumsbeskatning omfattet af ligningslovens § 16 C, der udelukkende investerer i fordringer omfattet af kursgevinstloven, aktier i det administrationsselskab, der forestår investeringsinstituttets administration, afledte finansielle instrumenter efter Finanstilsynets regler herom og beviser i investeringsinstitutter med minimumsbeskatning omfattet af ligningslovens § 16 C, der udelukkende investerer i aktiver som nævnt i denne bestemmelse, eller oppebærer afståelsessummer omfattet af ligningslovens § 16 B, stk. 1. Som udbytte behandles tillige tilskud til koncernforbundne selskaber, jf. § 31 D, hvis tilskudsmodtageren, såfremt denne var moderselskab til tilskudsyderen, ville være skattepligtig af udbytte efter denne bestemmelse. Skattepligten omfatter ikke udbytte af datterselskabsaktier, jf. aktieavancebeskatningslovens § 4 A, når beskatningen af udbytter fra datterselskabet skal frafaldes eller nedsættes efter bestemmelserne i direktiv 2011/96/EU om en fælles beskatningsordning for moder- og datterselskaber fra forskellige medlemsstater eller efter en dobbeltbeskatningsoverenskomst med Færøerne, Grønland eller den stat, hvor moderselskabet er hjemmehørende. Skattepligten omfatter endvidere ikke udbytte af koncernselskabsaktier, jf. aktieavancebeskatningslovens § 4 B, der ikke er datterselskabsaktier, når det udbyttemodtagende koncernselskab er hjemmehørende i en stat, der er medlem af EU/EØS, og udbyttebeskatningen skulle være frafaldet eller nedsat efter bestemmelserne i direktiv 2011/96/EU eller dobbeltbeskatningsoverenskomsten med den pågældende stat, hvis der havde været tale om datterselskabsaktier. Skattepligten omfatter endvidere ikke udbytte, som oppebæres af deltagere i moderselskaber, der er optaget på listen over de selskaber, der er omhandlet i artikel 2, litra a, nr. i, i direktiv 2011/96/EU om en fælles beskatningsordning for moder- og datterselskaber fra forskellige medlemsstater, men som ved beskatningen her i landet anses for at være transparente enheder. Det er en betingelse, at selskabsdeltageren ikke er hjemmehørende her i landet. 3. og 4. pkt. finder ikke anvendelse, hvis udbyttet fra det danske selskab er en videreudlodning af udbytte, som dette selskab har modtaget direkte eller indirekte af datterselskabsaktier eller koncernselskabsaktier, jf. aktieavancebeskatningslovens §§ 4 A og 4 B, i et selskab hjemmehørende i udlandet, og det danske selskab ikke var retmæssig ejer af det modtagne udbytte. Dette gælder dog ikke, hvis beskatningen af udbytteudlodningen fra det danske selskab skal frafaldes efter bestemmelserne i direktiv 2011/96/EU.

EXHIBIT 7