Selskabsskatteloven:

§ 2. Skattepligt i henhold til denne lov påhviler endvidere selskaber og foreninger m.v. som nævnt i § 1, stk. 1, der har hjemsted i udlandet, for så vidt de

Stk. 3. Skattepligten i medfør af stk. 1, litra b og f, omfatter alene indtægter fra de dér nævnte indkomstkilder. Indkomstskatten i medfør af stk. 1, litra c, udgør 22 pct. af de samlede udbytter eller afståelsessummer. Indkomstskatten udgør dog 15 pct. af udbytter eller afståelsessummer, hvis den kompetente myndighed i den stat, i Grønland eller på Færøerne, hvor selskabet m.v. er hjemmehørende, skal udveksle oplysninger med de danske myndigheder efter en dobbeltbeskatningsoverenskomst, en anden international overenskomst eller konvention eller en administrativt indgået aftale om bistand i skattesager. Skattepligten er endeligt opfyldt ved den i henhold til kildeskattelovens § 65 foretagne indeholdelse af udbytteskat eller den skat, der skal betales i henhold til kildeskattelovens § 65 A, stk. 1. Det er en betingelse for anvendelsen af 3. pkt., at selskabet m.v. ejer mindre end 10 pct. af aktiekapitalen i det udbyttegivende selskab. Hvis selskabet m.v. er hjemmehørende i et land uden for EU, er det endvidere en betingelse, at det sammen med koncernforbundne parter, jf. ligningslovens § 2, ejer mindre end 10 pct. af aktiekapitalen i det udbyttegivende selskab. 2.-6. pkt. omfatter også selskaber, der er hjemmehørende i en fremmed stat, i Grønland eller på Færøerne efter en dobbeltbeskatningsoverenskomst. Indkomstskatten i medfør af stk. 1, litra d og h, udgør 22 pct. af renterne og afståelsessummerne. Skattepligten er endeligt opfyldt ved den i henhold til kildeskattelovens § 65 D foretagne indeholdelse af renteskat. Skattepligten i medfør af stk. 1, litra e, er endeligt opfyldt ved den skat, der er betalt i henhold til kildeskattelovens § 65 B. Indkomstskatten i henhold til stk. 1, litra g, udgør 22 pct. af royaltybeløbet. Skattepligten er endeligt opfyldt ved den i henhold til kildeskattelovens § 65 C foretagne indeholdelse af royaltyskat.

EXHIBIT

8