UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-5-18
```

------------------------------------- x

In re

SKAT TAX REFUND SCHEME LITIGATION

MASTER DOCKET
18-cv-4047 (LAK)

This paper applies to: 18-cv-7824, 18-cv-7827,
                      18-cv-7828, 18-cv-7829

------------------------------------- x

## PRETRIAL ORDER NO. 3

LEWIS A. KAPLAN, *District Judge.*

      These four newly transferred cases are consolidated for all pretrial purposes with No. 18-cv-4047 and other cases so consolidated. They now are subject to Pretrial Order No. 1, DI 16.

      SO ORDERED.

Dated:     September 5, 2018

_____
Lewis A. Kaplan
United States District Judge