UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to all actions. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff SKAT, which is the Customs and Tax Administration of the Kingdom of Denmark ("SKAT"), has sued the Defendants and their representatives in the above-captioned multidistrict litigation;

WHEREAS, Plaintiff SKAT filed a Motion for Issuance of a Request for International Judicial Assistance to Obtain Evidence (the "Motion") on November 30, 2018 (Dkt. Nos. 39-41);

WHEREAS, under the Local Civil Rules for the Southern District of New York, Defendants' opposing affidavits and answering papers must be served within seven days of service of the moving papers, and Plaintiff's reply affidavits and memoranda of law must be served within two days after service of the answering papers;

WHEREAS, on December 5, 2018, the parties filed a Stipulation and Proposed Order agreeing to extend Defendants' time to respond to the Motion to December 14, 2018 and SKAT's time to reply in support of the Motion to December 21, 2018 (Dkt. No. 43), and on December 7, 2018, the Court entered that stipulation and proposed order (Dkt. No. 47);

WHEREAS, the parties are continuing to confer in good faith regarding the scope of SKAT's proposed Letter of Request for International Judicial Assistance ("Letter of Request")

(Dkt. No. 41-1) (filed under seal) and are discussing potential revisions to the Letter of Request; and

WHEREAS, the parties believe that an additional extension would provide them with the necessary time to complete their negotiations in an attempt to resolve any objections to the Letter of Request.

NOW, IT IS HEREBY STIPULATED AND AGREED, by and between the parties that Defendants' deadline to respond to the Motion is extended to December 21, 2018, and SKAT's reply shall be filed by January 4, 2019.

Dated: New York, New York
       December 13, 2018

| CAPLIN & DRYSDALE, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: /s/ Mark D. Allison<br>Mark D. Allison<br>Zhanna A. Ziering<br>600 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 379-6060<br>Fax: (860) 493-6290<br>E-mail: mallison@capdale.com | By: /s/ Sarah L. Cave<br>William R. Maguire<br>Marc A. Weinstein<br>Sarah L. Cave<br>John T. McGoey<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: Sarah.cave@hugheshubbard.com<br><br>*Attorneys for Plaintiff* |

HANAMIRIAN LAW FIRM, P.C.

By: /s/ John Hanamirian
John Hanamirian
30 Wall St.
New York, NY 10005
Tel: (856) 793-9092
E-mail: jmh@hanamirian.com

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

By: /s/ Edward M. Spiro
Edward M. Spiro
Audrey Feldman
565 5th Ave.
New York, NY 10017
Tel: (212) 856-9600
E-mail: espiro@maglaw.com

WILLIAMS & CONNOLLY LLP

By: /s/ Stephen Andrews
Stephen Andrews
Amy B. McKinlay
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5291
E-mail: SAndrews@wc.com

KOSTELANETZ & FINK, LLP

By: /s/ Bryan C. Skarlatos
Bryan C. Skarlatos
Eric Smith
250 Greenwich St.
New York, NY 10007
Tel: (212) 808-8100
E-mail: bskarlatos@kflaw.com

GUSRAE KAPLAN & NUSBAUM PLLC

By: /s/ Martin H. Kaplan
Martin H. Kaplan
J. Christopher Albanese
120 Wall Street
New York, NY 10005
Tel: (212) 379-6060
E-mail: mkaplan@gusraekaplan.com

DEWEY, PEGNO & KRAMARSKY

By: /s/ Thomas E.L. Dewey
Thomas E.L. Dewey
David S. Pegno
777 Third Avenue
New York, NY 10017
Tel: (212) 943-9000
E-mail: tdewey@dpklaw.com

LAW OFFICE OF SHELDON S. TOLL PLLC

By: /s/ Sheldon S. Toll
Sheldon S. Toll
29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034
Tel: (248) 797-9111
E-mail: sst@lawtoll.com

SEWARD & KISSEL LLP

By: /s/ Mark J. Hyland
Mark J. Hyland
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
E-mail:hyland@sewkis.com

K&L GATES LLP

By: /s/ John C. Blessington
John C. Blessington
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3108
E-mail:john.blessington@klgates.com

*Attorneys for Defendants*

SO ORDERED:

_____
U.S. District Judge Lewis A. Kaplan