UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to All Cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS
MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE TO OBTAIN EVIDENCE (LETTERS ROGATORY)**

HUGHES HUBBARD & REED LLP
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*

# FILED UNDER SEAL



Dated: New York, New York
January 4, 2018

                                             HUGHES HUBBARD & REED LLP

                                             By: /s/ Sarah L. Cave
                                                  William R. Maguire
                                                  Marc A. Weinstein
                                                  Sarah L. Cave
                                                  John T. McGoey
                                           One Battery Park Plaza
                                           New York, New York 10004-1482
                                           Telephone: (212) 837-6000
                                           Fax: (212) 422-4726
                                           bill.maguire@hugheshubbard.com
                                           marc.weinstein@hugheshubbard.com
                                           sarah.cave@hugheshubbard.com
                                           john.mcgoey@hugheshubbard.com

                                           *Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*

10