UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                18-MD-2865 (LAK)
LITIGATION

This paper applies to All Cases.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PRETRIAL ORDER NO. 5

LEWIS A. KAPLAN, *District Judge.*

      As counsel previously were notified, the oral argument on the motion to dismiss [DI 34 in 18-CV-4047(LAK)] will be heard on Monday, 11/5/2018 at 2:00 PM.

      SO ORDERED.

Dated:      November 1, 2018

 

_____
Lewis A. Kaplan
United States District Judge