USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11.5.18

RECEIVED
NOV -5 2018
JUDGE KAPLAN'S CHAMBERS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

SKAT Tax Refund Scheme Litigation

CIVIL ACTION NO.: 18 CV 4047

**ORDER FOR ADMISSION PRO HAC VICE**

IT IS HEREBY ORDERED that the amended motion for admission pro hac vice of Sheldon S. Toll, Esquire is granted.

Applicant has declared that he is a member in good standing of the bar of the Supreme Court of Michigan and that his contact information is as follows:

> Sheldon S. Toll
> Sheldon S. Toll PLLC
> 29580 Northwestern Hwy., Ste. 1000
> Southfield, MI 48034
> Tel. (248) 797-9111
> Fax (248) 479-0604
> sst@lawtoll.com

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/5/18

_____
United States District Judge