```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDON OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

18MD2865
(document relates to all related actions)

ORDER FOR DIRECT ASSIGNMENT OF
SKATTEFORVALTNINGEN CASES

LEWIS A. KAPLAN, United States District Judge:

To facilitate the assignment of these new cases to the undersigned for inclusion in the MDL and the orderly timing of newly filed actions related to 18-MDL-2865 (LAK), the Clerk of Court shall assign all newly filed and related SKAT, or SKATTEFORVALTNINGEN, actions to my docket, related to 18-MDL-2865 (LAK).

When commencing the newly filed action, the filing party shall:

(a) prominently note in the Related Case Statement the existing case, citing the case name and docket number and order number filed within MDL, along with a copy of this order as an attachment to the Related Case Statement.

and also,

(b) select origin 8 – Multidistrict Litigation (Direct File), on the civil cover sheet for direct filing of this action.

SO ORDERED:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

Dated:   March 5, 2019
         New York, New York