UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                 18-md-2865 (LAK)
LITIGATION

This paper applies to: All Cases
------------------------------------x

## PRETRIAL ORDER NO. 19
(Order on Additional Motion for Foreign Judicial Assistance)

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for international judicial assistance to obtain evidence from the United Kingdom(18-md-2865, Dkt 561) is granted. Plaintiff shall submit execution copies to chambers for signature if required.

       SO ORDERED.

Dated:    April 11, 2021

                                                        Lewis A. Kaplan
                                             United States District Judge