```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                18-md-2865 (LAK)
LITIGATION

This paper applies to: All Cases Identified in caption
on Dkt. 598
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# PRETRIAL ORDER NO. 23
(Order on Motion for Foreign Judicial Assistance)

LEWIS A. KAPLAN, *District Judge.*

        In view of the completion of the Rule 30(b)(6) depositions of plaintiff and the uncertain ability to obtain testimony from Mr. Jeppesen and Ms. Zester , the motion of certain defendants for international judicial assistance to obtain evidence from the Kingdom of Denmark (18-md-2865, Dkt 598) is granted. Movants shall submit proposed execution copies of letters of request to chambers for review and signature.

        The Clerk shall spread this ruling to all cases identified in the caption of Dkt 598.

        SO ORDERED.

Dated:     June 4, 2021

                                                 /s/   Lewis A. Kaplan

                                                     Lewis A. Kaplan
                                       United States District Judge