```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                 18-md-2865 (LAK)
LITIGATION

This paper applies to:          All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PRETRIAL ORDER NO. 28

LEWIS A. KAPLAN, *District Judge.*

       The status conference scheduled for September 28, 2021 is rescheduled for October 5, 2021 at 10:30 AM.

       SO ORDERED.

Dated:     July 16, 2021

                                              /s/    Lewis A. Kaplan
                                                           Lewis A. Kaplan
                                        United States District Judge