UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All cases. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Dustin P. Smith of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Plaintiff Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
       December 27, 2019

                                            HUGHES HUBBARD & REED LLP

                                            By: /s/ Dustin P. Smith
                                            Dustin P. Smith
                                            One Battery Park Plaza
                                            New York, New York 10004-1482
                                            Tel.: (212) 837-6000
                                            Fax: (212) 422-4726
                                            dustin.smith@hugheshubbard.com

                                            *Counsel for Plaintiff Skatteforvaltningen*
                                            *(Customs and Tax Administration of the*
                                            *Kingdom of Denmark)*