UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)
LITIGATION

This paper applies to:    Non-Trial 3 Cases[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/12/2026__

## PRETRIAL ORDER NO. 61

(Completion of Pretrial Proceedings in Non-Trial 3 Cases)

LEWIS A. KAPLAN, *District Judge.*

On January 5, 2026, the Court held a conference to determine what further pretrial proceedings would occur in this district in the NT3s. In light of that conference, it is hereby

ORDERED, as follows:

1.      With respect to third-party defendant ED&F's motion for judgment on the pleadings or summary judgment dismissing all third-party claims against it, (a) the requests of ED&F and third-party plaintiffs to file briefs in excess of the Court's standard page limits (Dkt 1857) is granted. Any papers in opposition to, and reply papers in support of, the motion shall be filed on or before January 30, 2026, and February 6, 2026, respectively.

---

[1] The Non-Trial 3 Cases ("NT3s") are: 18-md-2865, 18-cv-4430, 18-cv-4047, 18-cv-4522, 18-cv-4531, 18-cv-4049, 18-cv-5045, 18-cv-4050, 18-cv-5057, 18-cv-4536, 18-cv-4538, 18-cv-4541, 18-cv-4052, 18-cv-4051, 18-cv-4543, 19-cv-1922, 19-cv-1928, 19-cv-1926, 19-cv-1929, 19-cv-1931, 19-cv-1800, 19-cv-1803, 19-cv-1809, 19-cv-1812, 19-cv-1818, 18-cv-4771, 18-cv-10119, 18-cv-10125, 18-cv-10122, 18-cv-10126, 18-cv-10124, 18-cv-10123, 18-cv-10073, 18-cv-10080, 18-cv-10069, 18-cv-10070, 18-cv-10028, 18-cv-10071, 18-cv-10031, 18-cv-10030, 18-cv-10063, 18-cv-10074, 18-cv-10032, 18-cv-10076, 18-cv-10035, 18-cv-10036, 18-cv-10039, 18-cv-10064, 18-cv-10049, 18-cv-10077, 18-cv-10065, 18-cv-10060, 18-cv-10096, 18-cv-10061, 18-cv-10082, 18-cv-10083, 18-cv-10086, 18-cv-10066, 18-cv-10062, 18-cv-10088, 18-cv-10090, 18-cv-10093, 18-cv-10094, 18-cv-10091, 18-cv-9549, 18-cv-9511, 18-cv-9498, 18-cv-9507, 18-cv-9497, 18-cv-9489, 18-cv-9491, 18-cv-9439, 18-cv-9552, 18-cv-9434, 18-cv-9490, 18-cv-9841, 18-cv-9797, 18-cv-9836, 18-cv-9837, 18-cv-9838, 18-cv-9839, 18-cv-9840, 18-cv-10100, 18-cv-9565, 18-cv-9570, 18-cv-9588, 18-cv-9668, 18-cv-9665, 18-cv-10137, 18-cv-10118, and 18-cv-10127.

2.      The motion of defendant Acer and third-party defendant ED&F to exclude the proposed expert reports, opinions, and testimony of plaintiff's expert witness, Graham Wade (Dkt 811), previously denied without prejudice, is reinstated and will be determined on the previously filed papers.

3.      Any motion by defendants' counsel in the Sector 230 LLC 401K Plan case to withdraw for reasons previously given shall be filed on or before January 19, 2026.

4.      Any motion by plaintiff for a default judgment in either or both of 18-cv-9497 and -9498 shall be filed on or before January 16, 2026.

5.      On or before January 19, 2026, plaintiff shall provide the Court with an update on the settlement discussions between plaintiff and defendants Doston Bradley, Matthew Tucci, the Estate of Gregory Summers, Shreepal Shah, George Hofmeister, Matthew Patrick, and Todd Bergeron.

6.      On or before January 26, 2026, counsel for plaintiff and defendants shall provide to the Court a joint report listing the previous evidentiary rulings that (a) the parties agree *should* be applied to the NT3s, and (b) the parties dispute the applicability of to the NT3s.

SO ORDERED.

Dated:      January 12, 2025

_____
Lewis A. Kaplan
United States District Judge