UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKATTEFORVALTNINGEN)          18-md-2865 (LAK)
TAX REFUND LITIGATION

This paper applies to:          All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 3/17/2026   │
└─────────────────────────┘
```

**PRETRIAL ORDER NO. 66**
(Terminating Moot Open Motions)

LEWIS A. KAPLAN, *District Judge*.

The Goldstein Defendants have been dismissed from 18-cv-5053. Accordingly, the Clerk is directed to terminate the Goldstein Defendants' Motion for Summary Judgment Dismissal (Dkt 1917 in 18-md-2865; Dkt 430 in 18-cv-5053).

The Clerk is directed to terminate additionally the following moot motions on the specified dockets:

- SKAT's Letter Motion to Seal (Dkt 437 in 18-cv-5053);

- Joint Letter Motion for Extension of Time to Respond to PTO No. 65 (Dkt 387 in 18-cv-9797; Dkt 306 in 18-cv-9836; Dkt 305 in 18-cv-9837; Dkt 299 in 18-cv-9838; Dkt 305 in 18-cv-9839; Dkt 346 in 18-cv-9840; Dkt 360 in 18-cv-9841; Dkt 365 in 18-cv-10100);

- ED&F's Letter Motion for Discovery Schedule (Dkt 292 in 18-md-2865);

- SKAT's Letter Motion for Discovery (Dkt 293 in 18-md-2865);

- Miller's Letter Motion to Seal (Dkt 1707 in 18-md-2865); and

- Altbach's Letter Motion to Seal (Dkt 1708 in 18-md-2865).

SO ORDERED.

Dated:          March 17, 2026

_____
Lewis A. Kaplan
United States District Judge