UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKATTEFORVALTNINGEN)
TAX REFUND LITIGATION

This paper applies to:    All Remaining Open Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2026

18-md-2865 (LAK)

## PRETRIAL ORDER NO. 74
(Possible Suggestion to Remand)

LEWIS A. KAPLAN, *District Judge.*

       It is the Court's understanding that almost all cases in this multidistrict proceeding that were commenced in this district and therefore are subject to trial here despite *Lexecon* have been tried to verdict, settled, or are subject to a bankruptcy stay. It is the Court's further understanding that all or substantially all pretrial proceedings in the cases commenced in other districts and transferred here by the Judicial Panel on Multidistrict Litigation (the "Transferred Cases") have been completed and that those cases are ready for trial.

       Accordingly, any party disagreeing with the Court's understanding or objecting to the Court's suggesting to the Multidistrict Panel that this multidistrict proceeding be terminated and the Transferred Cases be remanded to their respective transferor courts shall show cause, on or before April 29, 2026, why any or all of the Transferred Cases should not be remanded.

       Additionally, on or before April 29, 2026, the parties shall provide to the Court also (a) a status update with respect to the settlement negotiations in the Doston Bradley cases and the Sector 230 LLC Plan case identified in the parties' December 22, 2025 letter (Dkt 1860), and (b) the requested stipulations dismissing plaintiff's claims against "the seven Partnership Entity Defendants" as described in the Court's February 17, 2026 memorandum endorsement (Dkt 1938).

SO ORDERED.

Dated:      April 15, 2026

Lewis A. Kaplan
United States District Judge