# Exhibit 9

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**     22nd January 2013

**Invoice Number**   00014

**To**               Sterling Alpha LLC 401(k) Profit Sharing Plan
                     John Doscas

**Address**          11 Sterling Lane,
                     Sands Point, NY 11050,
                     United States of America

Description

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| Total amount due in January 2013 | € 203,872.00 |

Contact              Raj Shah
Contact Telephone    00971 (0) 4 376 4200
Contact Email        Ganymede@ganymedecayman.com

**Amount due on invoice date.**

Payment details:
Bank details:

JPMORGAN CHASE BANK FRANKFURT          CHASDEFX
JPMORGAN CHASE BANK                    CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ▮▮▮▮▮3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683