# Exhibit 14



Harneys Corporate Services Limited
Craigmuir Chambers
PO Box 71, Road Town
Tortola VG1110, British Virgin Islands
Tel: +1 284 494 2233
Fax: +1 284 494 3547

12 April 2019
**By Email**

daphne.callwood@harneys.com
+1 284 494 2233 EXT 2111
DXC/ ACAIINVEST

ceo@elysiumglobal.com ; Finance@elysiumglobal.com

Board of Directors
**IP Universal Limited**
Central Park Towers
Level 16, Office 1632
Po Box 506699
Dubai International Financial Centre
Dubai, United Arab Emirates

Dear Sirs

**Acai Investments Limited– BC # 1881673 (the Company)**

We hereby give ninety (90) days' notice (from the date of this letter), pursuant to Section 93 (2) (a) of the BVI Business Companies Act, 2004, of our intention to resign as the registered agent of the Company.

We are required to let you know the following:

- a list of all approved registered agents in the Virgin Islands with their names and addresses can be found on the Commission's internet site www.bvifsc.vg. Should you wish to appoint another registered agent please contact them and advise us accordingly.

- a company which does not have a registered agent commits an offense under the laws of the BVI and is liable on summary conviction to a fine.

Yours faithfully

**Harneys Corporate Services Limited**
Cc:    Registrar of Corporate Affairs

Harneys Corporate Services Limited is regulated by the BVI Financial Services Commission.
VG:14682063_1

Bermuda | British Virgin Islands | Cayman Islands | Cyprus
Dubai | Hong Kong | London | Miami | Montevideo
São Paulo | Shanghai | Singapore | Vancouver
harneysfiduciary.com



Harneys Corporate Services Limited
Craigmuir Chambers
PO Box 71, Road Town
Tortola VG1110, British Virgin Islands
Tel: +1 284 494 2233
Fax: +1 284 494 3547

12 April 2019
**By Email**

Allinton.wattley@harneys.com
+1 284 852 4346
aaw/1876176

ceo@elysiumglobal.com, Finance@elysiumglobal.com

Board of Director
IP Universal Limited
Central Park Towers
Level 16, Office 1632
Dubai, UAE

Dear Sirs

**Fire Capital One Limited – BC # 1876176** *(the Company)*

We hereby give ninety (90) days' notice (from the date of this letter), pursuant to Section 93 (2) (a) of the BVI Business Companies Act, 2004, of our intention to resign as the registered agent of the Company.

We are required to let you know the following:

- a list of all approved registered agents in the Virgin Islands with their names and addresses can be found on the Commission's internet site www.bvifsc.vg. Should you wish to appoint another registered agent please contact them and advise us accordingly.

- a company which does not have a registered agent commits an offense under the laws of the BVI and is liable on summary conviction to a fine.

Yours faithfully

Harneys Corporate Services Limited

Cc: Registrar of Corporate Affairs

Harneys Corporate Services Limited is regulated by the BVI Financial Services Commission.
VG:14678473_1

Anguilla | Bermuda | British Virgin Islands
Cayman Islands | Cyprus | Hong Kong | London | Mauritius
Montevideo | Shanghai | Singapore | Tokyo | Vancouver
www.harneysfid.com



Harneys Corporate Services Limited
Craigmuir Chambers
PO Box 71, Road Town
Tortola VG1110, British Virgin Islands
Tel: +1 284 494 2233
Fax: +1 284 494 3547

12 April 2019
**By Email**

Daisha.Donovan@harneys.com
+1 284 494 2233
DVD/1882092

ceo@elysiumglobal.com ; Finance@elysiumglobal.com

Board of Directors
**IP Universal Limited**
Central Park Towers
Level 16, Office 1632
Po Box 506699
Dubai International Financial Centre
Dubai, United Arab Emirates

Dear Sirs

**Parla Global Investments Limited - BC # 1882092 (the Company)**

We hereby give ninety (90) days' notice (from the date of this letter), pursuant to Section 93 (2) (a) of the BVI Business Companies Act, 2004, of our intention to resign as the registered agent of the Company.

As a Virgin Islands legislated regulated entity Harneys Corporate Services Limited is under a regulatory obligation to ensure that client due diligence is up to date. We therefore request that you review the attached general due diligence instructions and kindly ensure that any missing or out of date information is provided.

We are required to let you know the following:

- a list of all approved registered agents in the Virgin Islands with their names and addresses can be found on the Commission's internet site www.bvifsc.vg. Should you wish to appoint another registered agent please contact them and advise us accordingly.

- a company which does not have a registered agent commits an offense under the laws of the BVI and is liable on summary conviction to a fine.

Yours faithfully

Harneys Corporate Services Limited
Cc:   Registrar of Corporate Affairs

Harneys Corporate Services Limited is regulated by the BVI Financial Services Commission.
VG:14679624_1

Bermuda | British Virgin Islands | Cayman Islands | Cyprus
Dubai | Hong Kong | London | Miami | Montevideo
São Paulo | Shanghai | Singapore | Vancouver
harneysfiduciary.com



Harneys Corporate Services Limited
Craigmuir Chambers
PO Box 71, Road Town
Tortola VG1110, British Virgin Islands
Tel: +1 284 494 2233
Fax: +1 284 494 3547

12 April 2019
**By Email**

Daisha.Donovan@harneys.com
+1 284 494 2233
DVD/1881972

ceo@elysiumglobal.com ; Finance@elysiumglobal.com

Board of Directors
**IP Universal Limited**
Central Park Towers
Level 16, Office 1632
Po Box 506699
Dubai International Financial Centre
Dubai, United Arab Emirates

Dear Sirs

**Philo Holdings Limited - BC # 1881972 (the Company)**

We hereby give ninety (90) days' notice (from the date of this letter), pursuant to Section 93 (2) (a) of the BVI Business Companies Act, 2004, of our intention to resign as the registered agent of the Company.

As a Virgin Islands legislated regulated entity Harneys Corporate Services Limited is under a regulatory obligation to ensure that client due diligence is up to date. We therefore request that you review the attached general due diligence instructions and kindly ensure that any missing or out of date information is provided.

We are required to let you know the following:

- a list of all approved registered agents in the Virgin Islands with their names and addresses can be found on the Commission's internet site www.bvifsc.vg. Should you wish to appoint another registered agent please contact them and advise us accordingly.

- a company which does not have a registered agent commits an offense under the laws of the BVI and is liable on summary conviction to a fine.

Yours faithfully

Harneys Corporate Services **Limited**
Cc:    Registrar of Corporate Affairs

Harneys Corporate Services Limited is regulated by the BVI Financial Services Commission.
VG:14678578_1

Bermuda | British Virgin Islands | Cayman Islands | Cyprus
Dubai | Hong Kong | London | Miami | Montevideo
São Paulo | Shanghai | Singapore | Vancouver
harneysfiduciary.com