# Exhibit 18-B

Message

| | |
|---|---|
| **From**: | Grenville Solomon [Grenville.Solomon@zetafp.com] |
| **Sent**: | 26/07/2012 05:16:53 |
| **To**: | Graham Horn [Graham.Horn@solo.com] |
| **Subject**: | Re: US Pension Plans- Denmark |

Hi Graham. Tks.

Grenville Solomon
ZFP
Tel: 447979217261

On 25 Jul 2012, at 02:11 PM, "Graham Horn" <Graham.Horn@solo.com> wrote:

> Thank you Grenville. We will revert shortly. Regards, GRAHAM
>
> Graham Horn
> Managing Partner
> Solo Capital Partners LLP
> 4 Throgmorton Avenue, London, EC2N 2DL.
> T: +44 (0)207 382 4942 | M: +44 (0)750 668 0196
> F: +44 (0)207 628 0143
> graham.horn@solo.com
>
> www.solo.com
>
> Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom.
> IMPORTANT - PLEASE NOTE
> The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.
>
>
> -----Original Message-----
> From: Grenville Solomon [mailto:Grenville.Solomon@zetafp.com]
> Sent: 25 July 2012 14:05
> To: Custody
> Subject: US Pension Plans- Denmark
>
> Dear All.
>
> The following Pension Plans would like to start trading Denmark. They would like to apply for a Frikort which we understand Solo can help through Acupay.
>
> Can you please process one for them. Please let us know if you need anything else from us.
>
> Sterling Alpha,
> Sander Gerber Pension Plan
> ACorn Capital Corporation
> ACorn Capital Strategies.
>
> thanks
> Grenville
>
> ----------------------------------------------------------------------------------------------------------------
> This email message has been delivered safely and archived online by Mimecast.
> For more information please visit http://www.mimecast.com
> ----------------------------------------------------------------------------------------------------------------
>