**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re

CUSTOMS AND TAX ADMINISTRATION OF             MASTER DOCKET
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND             18-md-02865-LAK
SCHEME LITIGATION

This document relates to:      The cases identified in
                               Appendix A.

_____

## DECLARATION OF ANDREW S. DULBERG

I, Andrew S. Dulberg, an attorney duly admitted to practice law in this court _pro hac vice_,

hereby declare under penalty of perjury:

1.      I am a partner at Wilmer Cutler Pickering Hale & Dorr, counsel for Richard and

Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan,

Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries

LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt

Capital Pension Plan, and Routt Capital Trust in these actions.  I am fully familiar with the

matters set forth in this declaration.

2.      I submit this declaration in connection with Defendants' Opposition to Plaintiffs'

Motion for Issuance of a Request for International Judicial Assistance to Obtain Evidence in the

United Kingdom.

3.      Attached hereto as Exhibit A is a true and correct copy of the Bastion Capital

London Ltd. Equities Trade Confirmation bearing the Bates stamp WH_MDL_00035240.

4.      Attached hereto as Exhibit B is a true and correct copy of excerpts of a West Point Derivatives Ltd. Statement for Hadron Industries LLC Roth 401(K) Plan bearing the Bates range WH_MDL_00055934 and WH_MDL_00055937 – WH_MDL_00055939.

5.      Attached hereto as Exhibit C is a true and correct copy of excerpts of a Solo Capital Partners LLP Statement for Avanix Management LLC Roth 401(K) Plan bearing the Bates range WH_MDL_00089027 – WH_MDL_00089029.

6.      Attached hereto as Exhibit D is a true and correct copy of excerpts of a Form TIC-S filed on behalf of Hadron Industries LLC Roth 401(K) Plan, dated March 31, 2015, bearing the Bates range WH_MDL_00190457 – WH_MDL_00190458.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2021
        Boston, Massachusetts


                                        /s/ Andrew S. Dulberg
                                        Andrew S. Dulberg

### APPENDIX A

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| John van Merkensteijn, III | Sharon L. McCarthy<br>Caroline Ciraolo<br>Nicholas S. Bahnsen<br>Kostelanetz & Fink LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>Tel: (212) 808-8100<br>Fax: (212) 808-8108<br>cciraolo@kflaw.com<br>smccarthy@kflaw.com<br>nbahnsen@kflaw.com | 19-cv-01866<br>19-cv-01865<br>19-cv-01906<br>19-cv-01894<br>19-cv-01911<br>19-cv-01871<br>19-cv-01930<br>19-cv-01873<br>19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928<br>19-cv-01931<br>19-cv-01800<br>19-cv-01803<br>19-cv-01809<br>19-cv-01818<br>19-cv-01801<br>19-cv-01810<br>19-cv-01813 |
| Elizabeth van Merkensteijn | | 19-cv-01893 |
| Azalea Pension Plan | | 19-cv-01893 |
| Basalt Ventures LLC Roth 401(K) Plan | | 19-cv-01866 |
| Bernina Pension Plan | | 19-cv-01865 |
| Bernina Pension Plan Trust | | 19-cv-10713 |
| Michelle Investments Pension Plan | | 19-cv-01906 |
| Omineca Pension Plan | | 19-cv-01894 |
| Omineca Trust | | 19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 19-cv-01931 |
| | | 19-cv-01800 |
| | | 19-cv-01803 |
| | | 19-cv-01809 |
| | | 19-cv-01818 |
| | | 19-cv-01801 |
| | | 19-cv-01810 |
| | | 19-cv-01813 |
| Remece Investments LLC Pension Plan | | 19-cv-01911 |
| Starfish Capital Management LLC Roth 401(K) Plan | | 19-cv-01871 |
| Tarvos Pension Plan | | 19-cv-01930 |
| Voojo Productions LLC Roth 401(K) Plan | | 19-cv-01873 |
| Xiphias LLC Pension Plan | | 19-cv-01924 |
| Richard Markowitz | Alan E. Schoenfeld Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center 250 Greenwich Street New York, NY 10007 Telephone: (212) 230-8800 alan.schoenfeld@wilmerhale.com | 19-cv-01867 19-cv-01895 19-cv-01869 19-cv-01868 19-cv-01898 19-cv-10713 19-cv-01896 19-cv-01783 19-cv-01922 19-cv-01926 19-cv-01929 19-cv-01812 19-cv-01870 19-cv-01792 19-cv-01806 19-cv-01808 19-cv-01815 |
| Jocelyn Markowitz | | 19-cv-01904 |
| Avanix Management LLC Roth 401(K) Plan | | 19-cv-01867 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Batavia Capital Pension Plan Calypso Investments Pension Plan | | 19-cv-01895 19-cv-01904 |
| Cavus Systems LLC Roth 401(K) Plan | | 19-cv-01869 |
| Hadron Industries LLC Roth 401(K) Plan | | 19-cv-01868 |
| RJM Capital Pension Plan | | 19-cv-01898 |
| RJM Capital Pension Plan Trust | | 19-cv-10713 |
| Routt Capital Pension Plan | | 19-cv-01896 |
| Routt Capital Trust | | 19-cv-01783 19-cv-01922 19-cv-01926 19-cv-01929 19-cv-01812 19-cv-01870 19-cv-01792 19-cv-01806 19-cv-01808 19-cv-01815 |
| Robert Klugman | Mark D. Allison Caplin & Drysdale, Chartered 600 Lexington Avenue 21st Floor New York, NY 10022 Tel: (212) 379-6000 mallison@capdale.com zziering@capdale.com | 18-cv-04434 18-cv-07824 18-cv-07827 18-cv-07828 18-cv-07829 19-cv-07829 19-cv-01783 19-cv-01785 19-cv-01788 19-cv-01791 19-cv-01792 19-cv-01798 19-cv-01800 19-cv-01801 19-cv-01803 19-cv-01806 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 19-cv-01808 |
| | | 19-cv-01809 |
| | | 19-cv-01810 |
| | | 19-cv-01812 |
| | | 19-cv-01813 |
| | | 19-cv-01815 |
| | | 19-cv-01818 |
| | | 19-cv-01870 |
| | | 19-cv-01918 |
| | | 19-cv-01922 |
| | | 19-cv-01926 |
| | | 19-cv-01928 |
| | | 19-cv-01929 |
| | | 19-cv-01931 |
| RAK Investment Trust | | 18-cv-07828 |
| Aerovane Logistics LLC Roth 401(K) Plan | | 18-cv-07827 |
| Edgepoint Capital LLC Roth 401(K) Plan | | 18-cv-07824 |
| Headsail Manufacturing LLC Roth 401(K) Plan | | 18-cv-07829 |
| The Random Holdings 401(K) Plan | | |
| The Stor Capital Consulting LLC 401(K) Plan | | 18-cv-04434 |
| The Bradley London Pension Plan | | 18-cv-04047 |
| The DMR Pension Plan | | 18-cv-04049 |
| The Houston Rocco LLC 401K Plan | | 18-cv-04050 |
| The Proper Pacific LLC 401K Plan | | 18-cv-04051 |
| The LBR Capital Pension Plan | | 18-cv-04052 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Atlantic DHR 401K Plan | | 18-cv-04430 |
| The Busby Black 401K Plan | | 18-cv-04522 |
| The Canada Rock LLC 401K Plan | | 18-cv-04531 |
| The ISDB Pension Plan | | 18-cv-04536 |
| The Monin Amper Pension Plan | | 18-cv-04538 |
| The NYC Stanismore Pension Plan | | 18-cv-04541 |
| The Texas Rocco LLC 401K Plan | | 18-cv-04543 |
| Sanford Villa Pension Plan | | 18-cv-04767 |
| The Aston Advisors LLC 401K Plan | | 18-cv-04770 |
| The Sector 230 LLC 401K Plan | | 18-cv-04771 |
| The M2F Wellness LLC 401K Plan | | 18-cv-04890 |
| The MPQ Holdings LLC 401K Plan | | 18-cv-04892 |
| The TKKJ LLC 401K Plan | | 18-cv-04896 |
| NYCATX LLC Solo 401K Plan | | 18-cv-04898 |
| Ackview Solo 401K Plan | | 18-cv-04900 |
| The Dosmon Bly Pension Plan Doston | | 18-cv-05045 |
| The India Bombay LLC 401K Pension Plan | | 18-cv-05057 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Aria Pension Plan | | 18-cv-05147 |
| The Belforte Pension Plan | | 18-cv-05150 |
| The Bravos Advisors 401K Plan | | 18-cv-05151 |
| The Costello Advisors Pension Plan | | 18-cv-05158 |
| The Eskin Pension Plan | | 18-cv-05164 |
| The Fieldcrest Pension Plan | | 18-cv-05180 |
| The Westport Advisors LLC 401K Plan | | 18-cv-05183 |
| The Kodiak Capital Pension Plan | | 18-cv-05185 |
| The Kyber Pension Plan | | 18-cv-05186 |
| The Lerici Capital Pension Plan | | 18-cv-05188 |
| The Ludlow Holdings 401K Plan | | 18-cv-05189 |
| The Regoleth Pension Plan | | 18-cv-05190 |
| The Saba Capital LLC 401K Plan | | 18-cv-05192 |
| The West River Pension Plan | | 18-cv-05193 |
| The Stark Pension Plan | | 18-cv-05194 |
| The Petkov Partners Pension Plan | | 18-cv-05299 |
| The Petkov Management LLC 401K Plan | | 18-cv-05300 |
| The SVP 401K Plan | | 18-cv-05305 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Krabi Holdings LLC 401K Plan | | 18-cv-05307 |
| The SPKK LLC 401K Plan | | 18-cv-05308 |
| The KASV Group Pension Plan | | 18-cv-05309 |
| The 78 Yorktown Pension Plan | | 18-cv-09565 |
| The Cambridge Town Line Pension Plan | | 18-cv-09570 |
| The Diamond Scott Capital Pension Plan | | 18-cv-09587 |
| The Hotel Fromance Pension Plan | | 18-cv-09588 |
| The Mountain Air LLC 401K Plan | | 18-cv-09589 |
| The SKSL LLC Pension Plan | | 18-cv-09590 |
| The Snow Hill Pension Plan | | 18-cv-09650 |
| The Westridge Ave LLC 401K Plan | | 18-cv-09665 |
| The Shapiro Blue Management LLC 401K Plan | | 18-cv-09666 |
| The Patrick Partners Conglomerate Pension Plan | | 18-cv-09668 |
| CSCC Capital Pension Plan | | 18-cv-09669 |
| The Dink 14 LLC 401K Plan | | 18-cv-10091 |
| JML Capital LLC 401K Plan | | 18-cv-10092 |
| Natoli Management Pension Plan | | 18-cv-10093 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Nova Fonta Trading LLC 401K Plan | | 18-cv-10094 |
| The Skybax LLC 401K Plan | | 18-cv-10095 |
| The FWC Capital LLC Pension Plan | | 18-cv-10098 |
| The RDL Consulting Group LLC Pension Plan | | 18-cv-10099 |
| Cole Enterprises USA Retirement Plan Trust | | 18-cv-10118 |
| Blackrain Pegasus LLC Solo 401K Plan | | 18-cv-10119 |
| Gyos 23 LLC Solo 401K Plan | | 18-cv-10122 |
| The Oak Tree One 401K Plan | | 18-cv-10123 |
| The Joanne E. Bradley Solo 401K Plan | | 18-cv-10124 |
| Delgado Fox LLC Solo 401K Plan | | 18-cv-10125 |
| Pegasus Fox 23 LLC Solo 401K Plan | | 18-cv-10126 |
| KK Law Firm Retirement Plan Trust | | 18-cv-10127 |
| The Valerius LLC Solo 401K Plan | | 18-cv-10129 |
| The Sinclair Pension Plan | | 18-cv-10133 |
| The Green Group Site Pension Plan | | 18-cv-10134 |
| The Mueller Investments Pension Plan | | 18-cv-10135 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Bella Consultants Pension Plan | | 18-cv-10136 |
| Blue Ocean Equity LLC Retirement Plan Trust | | 18-cv-10137 |
| Doston Bradley | | 18-cv-04047 |
| | | 18-cv-04049 |
| | | 18-cv-04050 |
| | | 18-cv-04051 |
| | | 18-cv-04052 |
| | | 18-cv-04430 |
| | | 18-cv-04522 |
| | | 18-cv-04531 |
| | | 18-cv-04536 |
| | | 18-cv-04538 |
| | | 18-cv-04541 |
| | | 18-cv-04543 |
| | | 18-cv-05045 |
| | | 18-cv-05057 |
| | | 18-cv-10119 |
| | | 18-cv-10122 |
| | | 18-cv-10123 |
| | | 18-cv-10124 |
| | | 18-cv-10125 |
| | | 18-cv-10126 |
| Roger Lehman | | 18-cv-04767 |
| | | 18-cv-04770 |
| | | 18-cv-05147 |
| | | 18-cv-05150 |
| | | 18-cv-05151 |
| | | 18-cv-05158 |
| | | 18-cv-05164 |
| | | 18-cv-05180 |
| | | 18-cv-05183 |
| | | 18-cv-05185 |
| | | 18-cv-05186 |
| | | 18-cv-05188 |
| | | 18-cv-05189 |
| | | 18-cv-05190 |
| | | 18-cv-05192 |
| | | 18-cv-05193 |
| | | 18-cv-05194 |
| | | 18-cv-05299 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 18-cv-05305 |
| | | 18-cv-05308 |
| | | 18-cv-05309 |
| | | 18-cv-09565 |
| | | 18-cv-09570 |
| | | 18-cv-09587 |
| | | 18-cv-09588 |
| | | 18-cv-09589 |
| | | 18-cv-09590 |
| | | 18-cv-09650 |
| | | 18-cv-09665 |
| | | 18-cv-09666 |
| | | 18-cv-09668 |
| | | 18-cv-09669 |
| | | 18-cv-10092 |
| | | 18-cv-10093 |
| | | 18-cv-10094 |
| | | 18-cv-10098 |
| | | 18-cv-10099 |
| | | 18-cv-10129 |
| | | 18-cv-10133 |
| | | 18-cv-10134 |
| | | 18-cv-10135 |
| | | 18-cv-10136 |
| Mitchell Protass | | 18-cv-04890 |
| | | 18-cv-04892 |
| Thomas Kertelits | | 18-cv-04896 |
| Carl Andrew Vergari | | 18-cv-04898 |
| Sean Driscoll | | 18-cv-04900 |
| Gavin Crescenzo | | 18-cv-05147 |
| | | 18-cv-05150 |
| | | 18-cv-05151 |
| | | 18-cv-05158 |
| | | 18-cv-05164 |
| | | 18-cv-05180 |
| | | 18-cv-05183 |
| | | 18-cv-05185 |
| | | 18-cv-05186 |
| | | 18-cv-05188 |
| | | 18-cv-05189 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 18-cv-05190 |
| | | 18-cv-05192 |
| | | 18-cv-05193 |
| | | 18-cv-05194 |
| | | 18-cv-05307 |
| Bradley Crescenzo | | 18-cv-05151 |
| | | 18-cv-05185 |
| | | 18-cv-05186 |
| | | 18-cv-05190 |
| | | 18-cv-05194 |
| | | 18-cv-10095 |
| Svetlin Petkov | | 18-cv-05299 |
| | | 18-cv-05300 |
| | | 18-cv-05305 |
| | | 18-cv-05308 |
| | | 18-cv-05309 |
| Vincent Natoli | | 18-cv-10091 |
| | | 18-cv-10093 |
| | | 18-cv-10094 |
| John LaChance | | 18-cv-10093 |
| Kevin Kenning | | 18-cv-10127 |
| | | 18-cv-10137 |
| | | 18-cv-10118 |
| Todd Bergeron | | 18-cv-10118 |
| | | 18-cv-10137 |
| The Cardinal Consulting Pension Plan | | 18-cv-10028 |
| The Egret Associates LLC 401K Plan | | 18-cv-10030 |
| The Crow Associates Pension Plan | | 18-cv-10031 |
| The Heron Advisors Pension Plan | | 18-cv-10032 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Hoboken Advisors LLC 401K Plan | | 18-cv-10035 |
| The Jayfran Blue Pension Plan | | 18-cv-10036 |
| The JT Health Consulting LLC 401K Plan | | 18-cv-10039 |
| The Lakeview Advisors 401K Plan | | 18-cv-10049 |
| The Osprey  Associates LLC 401K Plan | | 18-cv-10060 |
| The Sandpiper Pension Plan | | 18-cv-10061 |
| The Zen Training LLC 401(K) Plan | | 18-cv-10062 |
| The Everything Clean LLC 401K Plan | | 18-cv-10063 |
| The Jump Group LLC 401K Plan | | 18-cv-10064 |
| The Oaks Group Pension Plan | | 18-cv-10065 |
| The Wave Maven LLC 401K Plan | | 18-cv-10066 |
| The Beech Tree Partners 401K Plan | | 18-cv-10069 |
| The Blackbird 401K Plan | | 18-cv-10070 |
| The Chambers Property Management LLC 401K Plan | | 18-cv-10071 |
| FiftyEightSixty LLC Solo 401K Plan | | 18-cv-10073 |
| The Hawk Group Pension Plan | | 18-cv-10074 |
| The Hibiscus Partners LLC 401K Plan | | 18-cv-10076 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Maple Advisors LLC 401K Plan | | 18-cv-10077 |
| OneZeroFive LLC Solo 401K Plan | | 18-cv-10080 |
| The Sea Bright Advisors LLC 401K Plan | | 18-cv-10082 |
| The Tag Realty Advisors LLC 401K Plan | | 18-cv-10083 |
| The Throckmorton Advisors 401K Plan | | 18-cv-10086 |
| The Robin Daniel Pension Plan | | 18-cv-10096 |
| Matthew Tucci | | 18-cv-10028 |
| | | 18-cv-10030 |
| | | 18-cv-10031 |
| | | 18-cv-10032 |
| | | 18-cv-10035 |
| | | 18-cv-10036 |
| | | 18-cv-10039 |
| | | 18-cv-10049 |
| | | 18-cv-10060 |
| | | 18-cv-10061 |
| | | 18-cv-10062 |
| | | 18-cv-10063 |
| | | 18-cv-10064 |
| | | 18-cv-10065 |
| | | 18-cv-10066 |
| | | 18-cv-10069 |
| | | 18-cv-10070 |
| | | 18-cv-10071 |
| | | 18-cv-10073 |
| | | 18-cv-10074 |
| | | 18-cv-10076 |
| | | 18-cv-10077 |
| | | 18-cv-10080 |
| | | 18-cv-10082 |
| | | 18-cv-10083 |
| | | 18-cv-10086 |
| | | 18-cv-10096 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Joseph Herman | Michelle A. Rice | 1:19-cv-01785 |
| | Kaplan Rice LLP | 1:19-cv-01781 |
| | 142 West 57th Street | 1:19-cv-01791 |
| | Suite 4A | 1:19-cv-01794 |
| David Zelman | New York N.Y. 10019 | 1:19-cv-01918 |
| | (212) 333-0227 | 1:19-cv-01783 |
| | mrice@kaplanrice.com | 1:19-cv-01798 |
| | | 1:19-cv-01788 |
| | | |
| | | 1:19-cv-01926 |
| Edwin Miller | | 1:19-cv-01922 |
| | | 1:19-cv-01928 |
| | | 1:19-cv-01929 |
| | | 1:19-cv-01931 |
| | | |
| | | 1:19-cv-01809 |
| Ronald Altbach | | 1:19-cv-01800 |
| | | 1:19-cv-01803 |
| | | 1:19-cv-01812 |
| | | 1:19-cv-01818 |
| | | |
| | | 1:19-cv-01806 |
| Perry Lerner | | 1:19-cv-01870 |
| | | 1:19-cv-01792 |
| | | 1:19-cv-01808 |
| | | 1:19-cv-01815 |
| | | |
| | | 1:19-cv-01801 |
| Robin Jones | | 1:19-cv-01810 |
| | | 1:19-cv-01813 |
| | | |
| Ballast Ventures LLC Roth 401(K) Plan | | 1:19-cv-01781 |
| | | |
| Bareroot Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01783 |
| | | |
| Albedo Management LLC Roth 401(K) Plan | | 1:19-cv-01785 |
| | | |
| Dicot Technologies LLC Roth 401(K) Plan | | 1:19-cv-01788 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Fairlie Investments LLC Roth 401(K) Plan | | 1:19-cv-01791 |
| First Ascent Worldwide LLC Roth 401(K) Plan | | 1:19-cv-01792 |
| Battu Holdings LLC Roth 401(K) Plan | | 1:19-cv-01794 |
| Cantata Industries LLC Roth 401(K) Plan | | 1:19-cv-01798 |
| Crucible Ventures LLC Roth 401(K) Plan | | 1:19-cv-01800 |
| Monomer Industries LLC Roth 401(K) Plan | | 1:19-cv-01801 |
| Limelight Global Productions LLC Roth 401(K) Plan | | 1:19-cv-01803 |
| Loggerhead Services LLC Roth 401(K) Plan | | 1:19-cv-01806 |
| PAB Facilities Global LLC Roth 401(K) Plan | | 1:19-cv-01808 |
| Plumrose Industries LLC Roth 401(K) Plan | | 1:19-cv-01809 |
| Pinax Holdings LLC Roth 401(K) Plan | | 1:19-cv-01810 |
| Roadcraft Technologies LLC Roth 401(K) Plan | | 1:19-cv-01812 |
| Sternway Logistics LLC Roth 401(K) Plan | | 1:19-cv-01813 |
| Trailing Edge Productions LLC Roth 401(K) Plan | | 1:19-cv-01815 |
| True Wind Investments LLC Roth 401(K) Plan | | 1:19-cv-01818 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Eclouge Industry LLC Roth 401(K) Plan | | 1:19-cv-01870 |
| Vanderlee Technologies Pension Plan | | 1:19-cv-01918 |
| Vanderlee Technologies Pension Plan Trust | | 1:19-cv-01918 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01922 |
| Green Scale Management LLC Roth 401(K) Plan | | 1:19-cv-01926 |
| Fulcrum Productions LLC Roth 401(K) Plan | | 1:19-cv-01928 |
| Keystone Technologies LLC Roth 401(K) Plan | | 1:19-cv-01929 |
| Tumba Systems LLC Roth 401(K) Plan | | 1:19-cv-01931 |
| Sander Gerber | Stephen D. Andrews Amy B. McKinlay | 18-cv-4899 |
| Sander Gerber Pension Plan | Williams & Connolly LLP 725 Twelfth Street, N.W. Washington, DC 20005 (202) 434-5000 amckinlay@wc.com sandrews@wc.com | 18-cv-4899 |
| Michael Ben-Jacob | Thomas E. L. Dewey Dewey Pegno & Kramarsky LLP 777 Third Avenue – 37th Floor New York, New York 10017 Tel.: (212) 943-9000 Fax: (212) 943-4325 E-mail:  tdewey@dpklaw.com | 1:18-cv-04434 1:18-cv-07824 1:18-cv-07827 1:18-cv-07828 1:18-cv-07829 1:19-cv-01781 1:19-cv-01783 1:19-cv-01785 1:19-cv-01788 1:19-cv-01791 1:19-cv-01792 1:19-cv-01794 1:19-cv-01798 1:19-cv-01800 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 1:19-cv-01801 |
| | | 1:19-cv-01803 |
| | | 1:19-cv-01806 |
| | | 1:19-cv-01808 |
| | | 1:19-cv-01809 |
| | | 1:19-cv-01810 |
| | | 1:19-cv-01812 |
| | | 1:19-cv-01813 |
| | | 1:19-cv-01815 |
| | | 1:19-cv-01818 |
| | | 1:19-cv-01866 |
| | | 1:19-cv-01867 |
| | | 1:19-cv-01868 |
| | | 1:19-cv-01869 |
| | | 1:19-cv-01870 |
| | | 1:19-cv-01871 |
| | | 1:19-cv-01873 |
| | | 1:19-cv-01894 |
| | | 1:19-cv-01896 |
| | | 1:19-cv-01918 |
| | | 1:19-cv-01922 |
| | | 1:19-cv-01926 |
| | | 1:19-cv-01928 |
| | | 1:19-cv-01929 |
| | | 1:19-cv-01931 |

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2021, I caused a true copy of the foregoing to be filed with the

Clerk of the United States District Court for the Southern District of New York by using the

Court's CM/ECF system.  I further certify that Plaintiff is represented by attorneys who are

registered CM/ECF users and that service will be accomplished by the CM/ECF system

April 7, 2021                                    /s/ Andrew S. Dulberg
Boston, MA                                       Andrew S. Dulberg

# Exhibit A

# Bastion Capital London Ltd Equities Trade Confirmation



**Confirmation for client name:**

| Cavus Systems LLC Roth 401K Plan |
|---|

Bastion Capital London has on your instructions arranged the following equities trade for you

**Trade date:**

| 7 August 2014 |
|---|

**Stock:**

| TDC A/S |
|---|

**ISIN:**

| DK0060228559 |
|---|

**Ticker:**

| TDC DC |
|---|

**Settlement date/ Stock purchase value date**

| 13 August 2014 |
|---|

**Transaction:**

| B/S | Volume | Price |
|---|---|---|
| B | 3,691,977 | 51.35 |

**Trade currency:**

| DKK |
|---|

**Arranging Broker**

| Patrick Milne |
|---|

**Arrangement fee:**

| DKK | 2,369.79 |
|---|---|

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk

**27-32 Old Jewry**

**London EC2R 8DQ**

**Mobile: +44 (0) 7866774717**

**Thank you for the trade**   **Telephone: +44 (0) 2076210924**

www.bastioncapital.co.uk

CONFIDENTIAL   WH_MDL_00035240

# Exhibit B

# West Point Derivatives Ltd

# Statement for Hadron Industries LLC Roth 401(K) Plan (HAD01)

01 January 2015 - 31 December 2015

## Statement Summary

Hadron Industries LLC Roth 401(K) Plan
432 Park Avenue
New York
NY 10022
United States of America

| | DKK | USD | EUR |
|---|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 404,177,344.98 | 0.00 | 42,155.51 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | -404,177,344.98 | 0.00 | -42,155.51 |
| Total debt MTM or Stock Loan | 404,177,344.98 | 0.00 | 42,155.51 |
| Total Fees and Rebates | 1,697,886.27 | 0.00 | -25,881.29 |
| Realised Forwards Profit & Loss | -486,836,722.22 | 0.00 | -2,601,657.15 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S 09/03/2015) | 2,230,733.00 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (UMIOORE 30/04/2015) | 0.00 | 0.00 | 32,817.12 |
| Dividend and Associated Taxes, Costs (ACKERMANS & VAN HAAREN 01/06/2015) | 0.00 | 0.00 | 30,521.40 |
| Dividend and Associated Taxes, Costs (TDC A/S 13/08/2015) | 806,673.52 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-A 26/02/2015) | 11,350,929.87 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (DIETEREN SA/NV 02/06/2015) | 0.00 | 0.00 | 11,545.20 |

CONFIDENTIAL

# Equity Transactions

**Denmark**

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/02/2015 | 02/03/2015 | DKK | Buy | Boston Capital London Ltd | NOVOZYMES A/S-B | NZYMB | 687,944.00 | 322.5000 | -221,861,940.00 | -221,861,940.00 |
| 05/03/2015 | 10/03/2015 | DKK | Buy | Sunrise Brokers | TDC A/S | TDC | 3,042,100.00 | 54.0000 | -164,273,400.00 | -386,135,340.00 |
| 12/03/2015 | 17/03/2015 | DKK | Buy | The T.IM Partnership P.LC | DSV A/S | DSV | 698,857.00 | 219.2000 | -153,189,454.40 | -539,324,794.40 |
| 19/03/2015 | 23/03/2015 | DKK | Buy | Boston Capital London Ltd | PANDORA A/S | PNDORA | 495,700.00 | 614.5000 | -304,613,150.50 | -843,937,574.50 |
| 19/03/2015 | 23/03/2015 | DKK | Buy | Boston Capital London Ltd | Danske Bank A/S | DANSKE | 3,598,340.00 | 175.3000 | -630,884,102.00 | -1,474,802,156.90 |
| 19/03/2015 | 24/03/2015 | DKK | Buy | The T.IM Partnership P.LC | GN STORE NORD A/S | GN.D | 609,564.00 | 154.2000 | -92,452,769.80 | -1,567,254,926.70 |
| 19/03/2015 | 24/03/2015 | DKK | Buy | The T.IM Partnership P.LC | NOVO NORDISK A/S-B | NOVO-B | 6,367,162.00 | 341.9000 | -2,163,777,222.90 | -3,731,032,450.50 |
| 25/03/2015 | 30/03/2015 | DKK | Buy | Boston Capital London Ltd | TRYG A/S | TRYG | 35,260.00 | 668.9000 | -30,623,313.30 | -3,781,655,761.50 |
| 25/03/2015 | 30/03/2015 | DKK | Buy | Sunrise Brokers | CARLSBERG A/S-B | CARLB | 180,298.00 | 571.5000 | -103,040,327.00 | -3,884,726,088.50 |
| 25/03/2015 | 31/03/2015 | DKK | Buy | The T.IM Partnership P.LC | FLSMIDTH & CO A/S | FLS | 81,104.00 | 314.0000 | -25,472,809.30 | -3,910,198,904.50 |
| 30/03/2016 | 07/04/2016 | DKK | Buy | The T.IM Partnership P.LC | AP MOELLER-MAERSK A/S-B | MAERSKB | 7,889.30 | 16,410.0000 | -129,488,490.00 | -4,039,657,494.50 |
| 30/03/2016 | 07/04/2016 | DKK | Buy | Boston Capital London Ltd | VESTAS WIND SYSTEMS A/S | VWS | 375,149.00 | 290.2000 | -108,866,236.80 | -4,148,525,734.30 |
| 30/03/2016 | 07/04/2016 | DKK | Buy | The T.IM Partnership P.LC | AP MOELLER-MAERSK A/S-A | MAERSKA | 7,889.30 | 15,810.0000 | -124,725,290.00 | -4,273,250,824.30 |
| 06/04/2016 | 11/05/2016 | DKK | Buy | Boston Capital London Ltd | COLOPLAST-B | COLOB | 291,036.00 | 510.0000 | -148,428,360.00 | -4,421,679,184.30 |
| 12/05/2016 | 12/05/2016 | DKK | Buy | Boston Capital London Ltd | TRYG A/S | TRYG | 141,940.00 | 0.0000 | 0.00 | -4,421,679,184.30 |
| 26/05/2015 | 28/05/2015 | DKK | Sell | The T.IM Partnership P.LC | NOVOZYMES A/S-B | NZYMB | -687,944.00 | 313.3000 | 215,532,655.20 | -4,206,146,329.10 |
| 27/05/2015 | 28/05/2015 | DKK | Sell | Boston Capital London Ltd | TDC A/S | TDC | -3,042,100.00 | 48.8900 | 148,728,269.00 | -4,057,418,090.10 |
| 28/05/2015 | 01/06/2015 | DKK | Sell | The T.IM Partnership P.LC | PANDORA A/S | PNDORA | -495,700.00 | 682.5000 | 343,278,482.50 | -3,714,139,577.60 |
| 28/05/2015 | 01/06/2015 | DKK | Sell | Sunrise Brokers | Danske Bank A/S | DANSKE | -3,598,340.00 | 200.7000 | 722,307,238.00 | -2,991,832,316.60 |
| 11/06/2015 | 16/06/2015 | DKK | Buy | The T.IM Partnership P.LC | Auriga Industries A/S | AURIB | 29,671.00 | 321.0000 | -9,508,591.00 | -3,001,420,910.60 |
| 19/06/2015 | 23/06/2015 | DKK | Sell | Boston Capital London Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | -7,889.00 | 11,710.0000 | 92,380,100.00 | -2,909,040,720.60 |
| 23/06/2015 | 24/06/2015 | DKK | Sell | The T.IM Partnership P.LC | TRYG A/S | TRYG | -176,332.00 | 139.0000 | 24,488,070.00 | -2,884,552,650.60 |
| 22/09/2015 | 24/09/2015 | DKK | Sell | The T.IM Partnership P.LC | CARLSBERG A/S-B | CARLB | -180,298.00 | 618.0000 | 111,424,164.00 | -2,773,128,486.60 |

WH_MDL_00065937

WH_MDL_00065938

| Date | Date | Counterparty | Security | Ticker | B/S | Ccy | Quantity | Rate | Value | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 22/06/2015 | 24/06/2015 | The T JM Partnership P\C | VESTAS WIND SYSTEMS A/S | VWS | Sel | DKK | -375,148.00 | 331.0000 | 124,541,053.10 | -2,648,616,533.50 |
| 22/06/2015 | 24/06/2015 | Sunrise Brokers | FLSMIDTH & CO. A/S | FLS | Sel | DKK | -481,124.00 | 340.2000 | 27,598,384.80 | -2,621,018,148.70 |
| 30/06/2015 | 02/07/2015 | Sunrise Brokers | COLOPLAST-B | COLO.B | Sel | DKK | -291,036.00 | 436.1000 | 127,763,007.60 | -2,493,224,241.10 |
| 13/07/2015 | 15/07/2015 | Boston Capital London Ltd | Auriga Industries A/S | AURI.B | Sel | DKK | -29,871.00 | 2.2700 | 67,807.17 | -2,493,156,433.93 |
| 14/07/2015 | 16/07/2015 | Sunrise Brokers | AP MOELLER-MAERSK A/S-B | MAERSK.B | Sel | DKK | -7,869.00 | 11,910.0000 | 93,957,982.00 | -7,386,198,443.93 |
| 17/07/2015 | 21/07/2015 | Boston Capital London Ltd | NOVO NORDISK A/S-B | NOVO.B | Sel | DKK | -6,387,182.00 | 401.5000 | 2,563,170,136.00 | 183,977,692.67 |
| 17/07/2015 | 21/07/2015 | Sunrise Brokers | DSV A/S | DSV | Sel | DKK | -698,857.00 | 237.2000 | 165,768,880.40 | 329,746,573.07 |
| 27/07/2015 | 29/07/2015 | Boston Capital London Ltd | GN STORE NORD A/S | GN.D | Sel | DKK | -599,554.00 | 144.4000 | 86,577,041.60 | 416,323,614.67 |
| 07/08/2015 | 12/08/2015 | Boston Capital London Ltd | TDC A/S | TDC | Buy | DKK | 1,097,724.00 | 48.2100 | -52,897,159.34 | 363,426,445.63 |
| 22/09/2015 | 24/09/2015 | Sunrise Brokers | TDC A/S | TDC | Sel | DKK | -1,097,724.00 | 37.1400 | 40,750,892.36 | 404,177,344.99 |
| | | | | | | | 0.00 | | | **404,177,344.99** |
| Belgium | | | | | | | | | | |
| 21/04/2015 | 24/04/2015 | Sunrise Brokers | Proximus | PROX | Buy | EUR | 141,334.00 | 34.2960 | -4,847,049.53 | -4,847,049.53 |
| 23/04/2015 | 05/05/2015 | The T JM Partnership P\C | UMICORE | UMI | Buy | EUR | 86,976.00 | 44.8900 | -3,904,487.31 | -8,751,536.84 |
| 30/04/2015 | 06/05/2015 | Boston Capital London Ltd | UCB SA | UCB | Buy | EUR | 128,651.00 | 64.3300 | -8,274,832.32 | -17,026,369.16 |
| 30/04/2015 | 06/05/2015 | Sunrise Brokers | ANHEUSER-BUSCH INBEV NV | ABI | Buy | EUR | 792,367.00 | 109.9000 | -86,777,878.30 | -103,804,245.46 |
| 04/05/2015 | 07/05/2015 | Sunrise Brokers | GROUPE BRUXELLES LAMBERT SA | GBL.B | Buy | EUR | 70,071.00 | 78.1100 | -5,473,245.81 | -109,277,491.27 |
| 05/05/2015 | 08/05/2015 | The T JM Partnership P\C | BEFIMMO S.C.A. | BEF.B | Buy | EUR | 17,730.00 | 60.4000 | -1,071,778.50 | -109,849,269.77 |
| 05/05/2015 | 08/05/2015 | The T JM Partnership P\C | AGEAS | AGS | Buy | EUR | 207,865.00 | 32.7900 | -6,809,335.35 | -116,658,605.12 |
| 08/05/2015 | 13/05/2015 | The T JM Partnership P\C | KBC GROEP NV | KBC | Buy | EUR | 285,359.00 | 58.7900 | -16,782,429.44 | -133,421,011.56 |
| 14/05/2015 | 19/05/2015 | Boston Capital London Ltd | BEKAERT NV | BEK.B | Buy | EUR | 33,733.00 | 27.3400 | -922,260.22 | -134,343,271.78 |
| 14/05/2015 | 19/05/2015 | Sunrise Brokers | SOLVAY SA | SOLB | Buy | EUR | 56,376.00 | 126.6500 | -7,140,403.35 | -141,483,672.13 |
| 15/05/2015 | 20/05/2015 | Sunrise Brokers | bpost SA | BPOST | Buy | EUR | 99,562.00 | 25.1300 | -2,501,993.06 | -143,985,665.19 |
| 28/05/2015 | 03/06/2015 | Boston Capital London Ltd | ACKERMANS & VAN HAAREN | ACKB | Buy | EUR | 22,360.00 | 124.4000 | -2,781,584.00 | -146,767,249.19 |
| 28/05/2015 | 03/06/2015 | Boston Capital London Ltd | ELIA SYSTEM OPERATOR SA/NV | ELI | Buy | EUR | 29,107.00 | 39.4850 | -1,149,289.90 | -147,916,539.09 |

CONFIDENTIAL

WH_MDL_00065939

| 01/06/2015 | 04/06/2015 | EUR | Buy | The T AM Partnership PLC | DIETEREN SA/NV | DIE | 19,242.00 | 36.1300 | -695,213.46 | -148,811,752.54 |
| 01/06/2015 | 04/06/2015 | EUR | Buy | Boston Capital London Ltd | DELHAIZE GROUP | DELB | 106,406.00 | 81.2400 | -8,644,423.44 | -157,256,175.98 |
| 24/06/2015 | 26/06/2015 | EUR | Sell | Boston Capital London Ltd | GROUPE BRUXELLES LAMBERT SA | GBLB | -70,071.00 | 74.8100 | 5,242,011.51 | -152,014,164.46 |
| 25/06/2015 | 26/06/2015 | EUR | Sell | Boston Capital London Ltd | Proximus | PROX | -141,334.00 | 32.5500 | 4,601,835.04 | -147,412,329.44 |
| 29/06/2015 | 01/07/2015 | EUR | Sell | The T AM Partnership PLC | ANHEUSER-BUSCH INBEV NV | ABI | -782,237.00 | 109.1500 | 86,415,942.05 | -60,996,388.38 |
| 29/06/2015 | 01/07/2015 | EUR | Sell | The T AM Partnership PLC | bpost SA | BPOST | -99,560.00 | 24.6900 | 2,458,186.78 | -58,478,200.60 |
| 29/06/2015 | 01/07/2015 | EUR | Sell | Sunrise Brokers | AGEAS | AGS | -207,956.00 | 34.7300 | 7,222,988.70 | -51,255,611.90 |
| 29/06/2015 | 01/07/2015 | EUR | Sell | Sunrise Brokers | UCB SA | UCB | -128,651.00 | 65.3600 | 8,407,342.95 | -42,848,269.06 |
| 02/07/2015 | 06/07/2015 | EUR | Sell | The T AM Partnership PLC | SOLVAY SA | SOLB | -56,370.00 | 124.1500 | 6,999,452.95 | -35,848,816.20 |
| 02/07/2015 | 06/07/2015 | EUR | Sell | The T AM Partnership PLC | ELIA SYSTEM OPERATOR SA/NV | ELI | -29,107.00 | 36.8550 | 1,072,738.48 | -34,776,077.72 |
| 03/07/2015 | 07/07/2015 | EUR | Sell | Sunrise Brokers | KBC GROEP NV | KBC | -285,726.00 | 59.8800 | 17,061,907.72 | -17,664,170.00 |
| 08/07/2015 | 12/07/2015 | EUR | Sell | The T AM Partnership PLC | BEKAERT NV | BEKB | -33,733.00 | 24.2900 | 818,025.25 | -16,876,144.75 |
| 14/07/2015 | 16/07/2015 | EUR | Sell | Sunrise Brokers | DELHAIZE GROUP | DELB | -106,406.00 | 78.3300 | 8,333,717.92 | -8,542,426.83 |
| 20/07/2015 | 22/07/2015 | EUR | Sell | Boston Capital London Ltd | UMICORE | UMI | -88,670.00 | 42.9900 | 3,796,617.84 | -4,805,808.99 |
| 24/07/2015 | 28/07/2015 | EUR | Sell | The T AM Partnership PLC | ACKERMANS & VAN HAAREN | ACKB | -22,360.00 | 141.3000 | 3,160,590.00 | -1,645,222.99 |
| 03/08/2015 | 05/08/2015 | EUR | Sell | Sunrise Brokers | BEFIMMO S.C.A. | BEFB | -17,730.00 | 58.0000 | 1,028,340.00 | -616,882.99 |
| 06/08/2015 | 10/08/2015 | EUR | Sell | Sunrise Brokers | DIETEREN SA/NV | DIE | -19,242.00 | 34.2900 | 659,828.50 | 42,105.51 |
| | | | | | | | | | 0.00 | 42,105.51 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ. (FCA Registration Number 439667, Company Number 04950389).
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The rates of trades undertaken are available on written request. Original deposit, premiums and margins as incurred are to be settled, in the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any retrospective should be settled to West Point Derivatives Ltd immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USUAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL

# Exhibit C

# Statement for Avanix Management LLC Roth 401(K) (AVA01)

## Solo Capital Partners LLP

01 January 2015 - 31 December 2015

### Statement Summary

Avanix Management LLC Roth 401(K)
620 Park Avenue
New York
NY 10023
United States of America

| | DKK | EUR | USD |
|---|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | +104,250,996.33 | 10,768,905.59 | 0.00 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | 104,390,986.33 | -10,786,605.30 | 0.00 |
| Total stk/ MTM or Stock Loan | +104,250,996.33 | 10,768,905.59 | 0.00 |
| Total Fees and Rebates | 2,616,962.76 | -134,855.98 | 0.00 |
| Realised Forwards Profit & Loss | -96,780,370.29 | -23,609,559.53 | 0.00 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S) | 1,938,347.10 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (JMI CORE) | 0.00 | 183,667.88 | 0.00 |
| Dividend and Associated Taxes, Costs (ACKERMANS & VAN HAAREN) | 0.00 | 150,718.11 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S) | 1,938,347.10 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-A) | 56,768,253.08 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (DIETEREN SA/NV) | 0.00 | 57,489.00 | 0.00 |
| Dividend and Associated Taxes, Costs (BEF IMMO S.C.A.) | 0.00 | 57,833.92 | 0.00 |

WH_MDL_00089027

| Description | Col 1 | Col 2 |
|---|---|---|
| Dividend and Associated Taxes, Costs (BEKAERT NV) | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (ANHEUSER-BUSCH INBEV NV) | 0.00 | 5,918,904.00 |
| Dividend and Associated Taxes, Costs (KBC GROEP NV) | 0.00 | 2,180,223.80 |
| Dividend and Associated Taxes, Costs (bpost SA) | 0.00 | 83,286.88 |
| Dividend and Associated Taxes, Costs (NOVOZYMES A/S-B) | 1,718,003.87 | 0.00 |
| Dividend and Associated Taxes, Costs (PANDORA A/S) | 2,644,133.29 | 0.00 |
| Dividend and Associated Taxes, Costs (ELLA SYSTEM OPERATOR SA NV) | 0.00 | 198,682.58 |
| Dividend and Associated Taxes, Costs (Unicreer) | 5,320,258.85 | 0.00 |
| Dividend and Associated Taxes, Costs (A.n3go Indautries A/S) | 35,734,724.02 | 0.00 |
| Dividend and Associated Taxes, Costs (SOLVAY SA) | 0.00 | 446,241.20 |
| Dividend and Associated Taxes, Costs (COLOPLAST-B) | 4,786,915.14 | 0.00 |
| Dividend and Associated Taxes, Costs (TRYG A/S) | 3,763,861.42 | 0.00 |
| Dividend and Associated Taxes, Costs (Danske Bank A/S ) | 12,616,789.71 | 0.00 |
| Dividend and Associated Taxes, Costs (Proximus) | 0.00 | 853,483.26 |
| Dividend and Associated Taxes, Costs (GROUPE BRUXELLES LAMBERT SA) | 0.00 | 793,511.01 |
| Dividend and Associated Taxes, Costs (UCB SA) | 0.00 | 509,934.75 |
| Dividend and Associated Taxes, Costs (DELHAIZE GROUP) | 0.00 | 836,640.80 |
| Dividend and Associated Taxes, Costs (NOVO NORDISK A/S-B) | 21,634,460.65 | 0.00 |
| Dividend and Associated Taxes, Costs (DSV A/S) | 691,039.68 | 0.00 |
| Dividend and Associated Taxes, Costs (FLSMIDTH & CO A/S) | 2,637,251.14 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-B) | 67,361,605.61 | 0.00 |
| Dividend and Associated Taxes, Costs (ACI SAS) | 0.00 | 1,216,390.20 |
| Dividend and Associated Taxes, Costs (SN STORE NORD A/S) | 365,562.39 | 0.00 |
| Dividend and Associated Taxes, Costs (CARLSBERG AS-B) | 6,669,342.81 | 0.00 |
| Cash Payment/Receipts | 0.00 | 0.00 |
| Total Cash Balance | 0.00 | 0.00 |

CONFIDENTIAL

WH_MDL_00089028

WH_MDL_00089029

CONFIDENTIAL

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number OC360976, VAT Registration Number 123 5463 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the risk of exchange will be applied when the currency has been purchased. The limits of India
undertaken are available on written request. Original deposits, premiums and margins as itemised are to be settled on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP
immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Exhibit D

# FORM S

## MONTHLY REPORT TO FEDERAL RESERVE BANKS

### PURCHASES AND SALES
### OF LONG-TERM SECURITIES
### BY FOREIGN-RESIDENTS

DEPARTMENT OF THE TREASURY

Office of the Assistant Secretary for
International Affairs

Revised December 2013
Approval expires June 30, 2017
OMB Control 1505-0001

**Important Notes:**

1. Before preparing this report, please read the General and Specific Instructions carefully.

2. Additional copies of this form, the instructions, and the answers to the Frequently Asked Questions can be obtained at our web site:
http://www.treasury.gov/resource-center/data-chart-center/tic/Pages/forms.aspx

3. This report is due no later than the fifteenth calendar day following the last day of the month.

4. Amounts should be reported in millions of U.S. dollars as of the close of the last business day of the month.

---

**Legal basis and confidentiality statement:**

This report is required by law (22 U.S.C. 286f; 22 U.S.C. 3103; E.O. 11961; E.O. 10033; 31 C.F.R. 128.1 (a)). Failure to report can result in a civil penalty of not less than $2,500 and not more than $25,000. Willful failure to report can result in criminal prosecution and upon conviction a fine of not more than $10,000; and, if an individual, imprisonment for not more than one year, or both. Any officer, director, employee, or agent of any corporation who knowingly participates in such violation may, upon conviction, be punished by a like fine, imprisonment, or both (22 U.S.C. 3105 (a), (b), and (c); 31 C.F.R. 128.4 (a) and (b)).

Data reported on these forms will be held in confidence by the Department of the Treasury, the Board of Governors of the Federal Reserve System, and the Federal Reserve Banks acting as fiscal agents for the Treasury. The data reported by individual respondents will not be published or otherwise publicly disclosed; information may be given to other Federal agencies, insofar as authorized by applicable law (44 U.S.C. 3501 et seq.; 22 U.S.C. 3101 et seq.). Aggregate data derived from reports on these forms may be published or otherwise disclosed only in a manner that will not reveal the amounts reported by any individual respondent.

Note: No person is required to respond to any U.S. Government collection of information unless the form displays a currently valid control number assigned by the Office of Management and Budget (OMB).

---

**Please type or print:**

**Name of Reporting Entity:**

Hadron Industries LLC Roth 401(K) Plan

**ID Number:**
484-6541

**As-of Date:**
March 31, 2015

**Name of Contact if We Have Questions:**

Michael Ben-Jacob

**Contact's Phone Number:**

212-836-8310

**Name and Title of Officer Authorized to Sign Report:**

Michael Ben, Jacob, Authorized Person

**Please read carefully and sign below:**

I, _W.B. authorized person_

(Signature of Officer Authorized to Sign Report) of the reporting institution do hereby declare that the Treasury International Capital S Report for this report date has been prepared in conformance with the instructions and is true to the best of my knowledge and belief.

WH_MDL_00190457

TIC Form S Page 2 of 2

| FOREIGN COUNTRIES | CODE | Purchases and Sales of Domestic Securities | | | | | | | | Purchases and Sales of Foreign Securities | | | |
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOV'T CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | FOREIGN BONDS | | FOREIGN EQUITIES | |
| | | PURCHASES (1) Millions | SALES (2) Millions | PURCHASES (3) Millions | SALES (4) Millions | PURCHASES (5) Millions | SALES (6) Millions | PURCHASES (7) Millions | SALES (8) Millions | PURCHASES (9) Millions | SALES (10) Millions | PURCHASES (11) Millions | SALES (12) Millions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Europe** | | | | | | | | | | | | | |
| Albania | 1510-5 | | | | | | | | | | | | |
| Andorra | 1010-3 | | | | | | | | | | | | |
| Armenia | 1651-9 | | | | | | | | | | | | |
| Austria | 1018-9 | | | | | | | | | | | | |
| Azerbaijan | 1652-7 | | | | | | | | | | | | |
| Bank for Int'l Settlements | 1330-7 | | | | | | | | | | | | |
| Belarus | 1620-0 | | | | | | | | | | | | |
| Belgium | 1025-1 | | | | | | | | | | | | |
| Bosnia and Herzegovina | 1410-9 | | | | | | | | | | | | |
| Bulgaria | 1520-2 | | | | | | | | | | | | |
| Croatia | 1421-4 | | | | | | | | | | | | |
| Cyprus | 1040-5 | | | | | | | | | | | | |
| Czech Republic | 1528-8 | | | | | | | | | | | 0 | 562 |
| Denmark | 1050-2 | | | | | | | | | | | | |
| Estonia | 1560-7 | | | | | | | | | | | | |
| European Central Bank | 1350-1 | | | | | | | | | | | | |
| Faroe Islands | 1051-8 | | | | | | | | | | | | |
| Finland | 1010-7 | | | | | | | | | | | | |
| France | 1080-4 | | | | | | | | | | | | |
| Georgia | 1653-5 | | | | | | | | | | | | |
| Germany | 1100-2 | | | | | | | | | | | | |
| Gibraltar | 1108-8 | | | | | | | | | | | | |
| Greece | 1120-7 | | | | | | | | | | | | |
| Greenland | 1054-5 | | | | | | | | | | | | |
| Guernsey | 1300-6 | | | | | | | | | | | | |
| Holy See | 1310-2 | | | | | | | | | | | | |
| Hungary | 1550-4 | | | | | | | | | | | | |
| Iceland | 1130-4 | | | | | | | | | | | | |
| Ireland | 1140-1 | | | | | | | | | | | | |
| Isle of Man | 1300-8 | | | | | | | | | | | | |